Andrea Davison, Esq. (VSB No. 78036)
Stephen D. Caruso, Esq. (VSB No. 87376)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., Suite 500
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
adavison@beankinney.com
scaruso@beankinney.com
*Counsel for KrazRock Group, LLC*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: <br><br> BRIAN THOMAS SAPP, <br><br>    Debtor. | Case No. 18-12794-BFK <br><br> Chapter 7 |
| KRAZROCK GROUP, LLC, <br><br>    Petitioner, <br><br> v. <br><br> BRIAN THOMAS SAPP, <br><br>    Respondent. | Adv. Proc. No. 18-01111-BFK |

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

KrazRock Group, LLC (the "Plaintiff"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a), Federal Rule of Bankruptcy Procedure 7055 and Local Bankruptcy Rule 7055-1(A), hereby moves for entry of default against defendant Brian Thomas Sapp in the above-captioned Adversary Proceeding, and, in accordance with Local Bankruptcy Rule 7055-1(A), submits the attached Declaration in support.

WHEREFORE, Plaintiff respectfully requests that the Clerk, in consultation with the Court, enter default against the Defendant in the above-captioned Adversary Proceeding.

Dated: December 19, 2018

          */s/ Andrea Campbell Davison*
          Andrea Campbell Davison (VSB No. 78036)
          Stephen D. Caruso  (VSB No. 87376)
          BEAN, KINNEY & KORMAN, P.C.
          2311 Wilson Blvd., Suite 500
          Arlington, Virginia 22201
          (703) 525-4000
          (703) 525-2207 (Fax)
          adavison@beankinney.com
          scaruso@beankinney.com
          *Counsel for KrazRock Group, LLC*