**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re:<br><br>BRIAN THOMAS SAPP,<br><br>    Debtor. | Case No. 18-12794-BFK<br><br>Chapter 7 |
| KRAZROCK GROUP, LLC,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN THOMAS SAPP,<br><br>    Respondent. | Adv. Proc. No. 18-01111-BFK |

**DECLARATION OF ANDREA CAMPBELL
DAVISON IN SUPPORT OF ENTRY OF DEFAULT**

I, Andrea Campbell Davison, declare in accordance with 28 U.S.C. § 1746:

1. I am an attorney at the firm of Bean Kinney & Korman, P.C., and am counsel to Krazrock Group, LLC (the "Plaintiff"). I submit this declaration in support of the foregoing Motion for Entry of Default against Brian Thomas Sapp (the "Defendant") in the above-captioned adversary proceeding.

2. On August 14, 2018, the Defendant filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

3. The Plaintiff has timely filed a proof of claim against the Defendant in the amount of $1,107,500.00, plus unliquidated interest, costs and damages as detailed in Fairfax County Circuit Court Civil Action No. 2018-06584 (the "Claim").

3

4. On November 13, 2018, the Plaintiff filed a complaint (the "Complaint") against the Defendant seeking a determination that the Claim is not dischargable by the Defendant because it is for debt obtained by false pretenses, a false representation and/or actual fraud. *See* 11 U.S.C. § 523(a)(2)(A).

5. The Summons and Complaint in this action were served upon the Defendant by regular first class mail, postage pre-paid, on November 14, 2018, in accordance with Fed. R. Bankr. Proc. 7004. A copy of the Certificate of Service is attached hereto and incorporated by reference as Exhibit A.

6. The Summons issued by the Court fixed the last date for the Defendant to answer or move in response to the Complaint as December 14, 2018. The Defendant has not answered or moved in response to the Complaint by the time fixed by the court or by Fed. R. Bankr. Proc. 7012(a). The Defendant has not sought any extension of time to answer, move or otherwise respond to the Complaint.

7. Upon information and belief, the Defendant is not in military service, and is not a minor or an incompetent person.

I declare under penalty of perjury that the foregoing is true and correct on this 19th day of December, 2018 in Arlington, Virginia.

*/s/ Andrea Campbell Davison*
Andrea Campbell Davison

Bankruptcy Case No. 18-12794-BFK

Adversary Proceeding Case No. 18-01111-BFK

# CERTIFICATE OF SERVICE

I, __Andrea C. Davison__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __November 14, 2018__ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
    Brian Thomas Sapp
    505 East Braddock Rd., Apt. 406
    Alexandria, VA 22314

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__11/14/18__                                          __/s/ Andrea Davison__
Date                                                              Signature

Print Name
  Andrea C. Davison
Business Address
  2311 Wilson Blvd, 5th Floor
City  Arlington    State VA    Zip 22201

**EXHIBIT A**